```
 1  SCOTT N. SCHOOLS (SCSBN 9990)
    United States Attorney
 2

 3  BRIAN J. STRETCH (CASBN 163973)
    Chief, Criminal Division
 4
    BENJAMIN T. KENNEDY (CASBN 241350)
 5  Assistant United States Attorney

 6      150 Almaden Boulevard, Suite 900
        San Jose, California 95113
 7      Telephone: (408) 535-5059
        Facsimile:  (408) 535-5066
 8
    Attorneys for the United States
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | No.   CR 06-70021 PVT |
| v. | ) | NOTICE OF SUBSTITUTION OF ATTORNEY |
| JOSE MANUEL RODRIGUEZ-RIVERA, | ) | |
| Defendant. | ) | |

   Please take notice that as of October 18, 2007, the Assistant U.S. Attorney whose name, address, telephone number and email address are listed below was assigned to be counsel for the government.

        Special Assistant U.S. Attorney Benjamin T. Kennedy
                150 Almaden Blvd., Suite 900
                    San Jose, CA 95113
                Telephone: (408) 535-5059
                benjamin.t.kennedy@usdoj.gov

DATED: October 18, 2007            Respectfully submitted,

                                   SCOTT N. SCHOOLS
                                   United States Attorney


                                   _____/s/_____
                                   BENJAMIN T. KENNEDY
                                   Special Assistant United States Attorney