DOCUMENTS UNDER SEAL □    TOTAL TIME (mins):

| MAGISTRATE JUDGE<br>MINUTE ORDER | DEPUTY CLERK | | REPORTER/FTR | |
|---|---|---|---|---|
| MAGISTRATE JUDGE | DATE | | NEW CASE | CASE NUMBER |

## APPEARANCES

| DEFENDANT | AGE | CUST | P/NP | ATTORNEY FOR DEFENDANT | PD.    RET.<br>APPT. |
|---|---|---|---|---|---|
| U.S. ATTORNEY | INTERPRETER | | | FIN. AFFT<br>SUBMITTED | COUNSEL APPT'D |
| PROBATION OFFICER | PRETRIAL SERVICES OFFICER | | | DEF ELIGIBLE FOR<br>APPT'D COUNSEL | PARTIAL PAYMENT<br>OF CJA FEES |

## PROCEEDINGS SCHEDULED TO OCCUR

| INITIAL APPEAR | PRELIM HRG | MOTION | JUGM'T & SENTG | STATUS |
|---|---|---|---|---|
| I.D. COUNSEL | ARRAIGNMENT | BOND HEARING | INITIAL APPEAR<br>REV PROB OR S/R | OTHER |
| DETENTION HRG | ID / REMOV HRG | CHANGE PLEA | PROB. REVOC. | ATTY APPT<br>HEARING |

## INITIAL APPEARANCE

| ADVISED<br>OF RIGHTS | ADVISED<br>OF CHARGES | NAME AS CHARGED<br>IS TRUE NAME | TRUE NAME: |
|---|---|---|---|

## ARRAIGNMENT

| ARRAIGNED ON<br>INFORMATION | ARRAIGNED ON<br>INDICTMENT | READING WAIVED<br>SUBSTANCE | WAIVER OF INDICTMENT FILED |
|---|---|---|---|

## RELEASE

| RELEASED<br>ON O/R | ISSUED<br>APPEARANCE BOND | AMT OF SECURITY<br>$ | SPECIAL NOTES | PASSPORT<br>SURRENDERED<br>DATE: |
|---|---|---|---|---|
| PROPERTY TO BE POSTED<br>CASH    $ | | CORPORATE SECURITY | REAL PROPERTY: | |

| MOTION<br>FOR<br>DETENTION | PRETRIAL<br>SERVICES<br>REPORT | DETAINED | RELEASED | DETENTION HEARING<br>AND FORMAL FINDINGS<br>WAIVED | REMANDED<br>TO CUSTODY |
|---|---|---|---|---|---|

ORDER REMOVED TO THE DISTRICT OF

## PLEA

| CONSENT<br>ENTERED | NOT GUILTY | GUILTY | GUILTY TO COUNTS: |
|---|---|---|---|
| PRESENTENCE<br>REPORT ORDERED | CHANGE OF PLEA | PLEA AGREEMENT<br>FILED | OTHER: |

## CONTINUANCE

| TO: | ATTY APPT<br>HEARING | BOND<br>HEARING | STATUS RE:<br>CONSENT | STATUS /<br>TRIAL SET |
|---|---|---|---|---|
| AT: | SUBMIT FINAN.<br>AFFIDAVIT | PRELIMINARY<br>HEARING OR<br>ARRAIGN-<br>MENT | CHANGE OF<br>PLEA | OTHER |
| BEFORE HON. | DETENTION<br>HEARING | | MOTIONS | JUDGMENT &<br>SENTENCING |
| TIME WAIVED | TIME EXCLUDABLE<br>UNDER 18 § USC<br>3161 | IDENTITY /<br>REMOVAL<br>HEARING | PRETRIAL<br>CONFERENCE | PROB/SUP REV.<br>HEARING |

## ADDITIONAL PROCEEDINGS