AO 455 (Rev. 5/85)  Waiver of Indictment

# United States District Court

_____ DISTRICT OF _____

| | |
|---|---|
| UNITED STATES OF AMERICA<br>V.<br>Jose Manuel Rodriguez-Rivera | WAIVER OF INDICTMENT<br><br>CASE NUMBER: 07-00672 JW |

I, _Jose Manuel Rodriguez-Rivera_, the above named defendant, who is accused of

_illegal reentry, in violation of 8 U.S.C. § 1326_.

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on ___10/25/07___ prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Date

FILED
OCT 25 2007
CLERK
NORTHERN ... IFORNIA
SAN JOSE

_____
Defendant

_____
Counsel for Defendant

Before _____
Judicial Officer