**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

**\*E-FILED\***

**CRIMINAL MINUTES**

**Judge: James Ware**
**Date:  11/19/2007**
**Case No: CR-07-0672 JW**

**Courtroom Deputy: Elizabeth Garcia**
**Court Reporter: Summer Clanton**
**U.S. Probation Officer: N/A**
**Interpreter:  Adele Negro (Spanish)**

**TITLE**

**U.S.A. v. Jose Manuel Rodriguez-Rivera (C)**

**Attorney(s) for Plaintiff(s): Benjamin Kennedy**
**Attorney(s) for Defendant(s): Lara Vinnard**

**PROCEEDINGS**

1. **Dispositional Hearing**
2. **Judgment and Sentencing**

**ORDER AFTER HEARING**

**Hearing Held.  Defendant Rodriguez-Rivera present and in custody for proceedings.  The Defendant was aided by a Spanish language interpreter for proceedings.  This was the Defendant's Initial appearance before the Court.  The Defendant plead guilty as to Count 1 of the information.  The Defendant waived referral to the Probation Office for preparation of a presentence investigation report.  The Court proceed to immediate sentencing.  The Court sentenced the Defendant as to Count 1 of the information.  The Defendant is committed to 6 months BOP custody; 3 years supervised release; $100 special assessment. The Defendant was remanded to the custody of the USMS.**

Elizabeth C. Garcia
Courtroom Deputy
Original: **E-Filed/C. Escolano**
CC: